FORM−ntrydflt

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:13−bk−09026−BKM |
| PRM Family Holding Company, LLC and Navajo Express, Inc.<br>*Debtor(s)* | Chapter: 11 |
| Dale Schian, Creditor Trustee of the PRM Family Holding Company, L.L.C. Creditor Trust<br>*Plaintiff(s)*<br>v.<br>Security Network<br>*Defendant(s)* | Adversary No.: 2:15−ap−00498−BKM |

# ENTRY OF DEFAULT

It appears from the record that the following defendant(s) have failed to plead or otherwise defend in this case as required by law.

Security Network

Therefore, default is entered against the above−named defendant(s) as authorized by **Federal Rule of Bankruptcy Procedure 7055**.

**Date: August 14, 2015**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**