FREEBORN & PETERS LLP
Devon J. Eggert, Esq. (Illinois Bar No. 6289425)*
Elizabeth L. Janczak, Esq. (Illinois Bar No. 6302864)*
311 South Wacker Drive, Ste. 3000
Chicago, IL 60606
deggert@freeborn.com
ejanczak@freeborn.com
Telephone: 312.360.6000
Facsimile: 312.360.6520
*Admitted pro hac vice

**SCHIAN WALKER, P.L.C**.
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
Dale C. Schian, #010445

Counsel for Dale Schian, Creditor Trustee of the PRM Family Holding Company, L.L.C. Creditor Trust

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| PRM FAMILY HOLDING COMPANY, L.L.C., *et al.*, | Case No. 2:13-bk-09026-BKM |
| Debtors. | (Jointly Administered) |
| DALE SCHIAN, CREDITOR TRUSTEE OF THE PRM FAMILY HOLDING COMPANY, L.L.C. CREDITOR TRUST, | |
| Plaintiff, | Adv. Pro. No. 2:15-ap-00498-BKM |
| v. | |
| SECURITY NETWORK, | **APPLICATION FOR WRIT OF GARNISHMENT** |
| Defendant, | (Non-Earnings) |
| WELLS FARGO BANK, N.A., | |
| Garnishee. | |
| This Filing Applies to:<br>☐ All Debtors<br>☒ Specified Debtors | |

-1-

Dale Schian (the "*Plaintiff*"), not individually but solely as Creditor Trustee of the PRM Family Holding Company, L.L.C. Creditor Trust (the "*Creditor Trust*"), by and through his undersigned counsel, hereby submits, pursuant to Federal Rule of Civil Procedure 69 and A.R.S. § 12-1572, this Application for Writ of Garnishment. In support hereof, Plaintiff respectfully states as follows:

1. On May 28, 2015, Plaintiff filed an adversary complaint against Defendant, Security Network (the "*Defendant*"), thereby initiating the above-captioned adversary proceeding. [ECF No. 1].

2. On August 26, 2015, this Court entered, pursuant to Fed. R. Civ. P. 55(b)(1), a Default Judgment (the "*Judgment*") in favor of Plaintiff and against Defendant in the amount of $22,028.24, plus post-judgment interest and allowable costs. [ECF No. 13]. A true and correct copy of the Judgment is attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 1961, post-judgment interest on the Judgment accrues at the rate of 0.39% per annum, compounded annually.

3. Plaintiff is a judgment creditor of Defendant by virtue of the Judgment, which remains outstanding.

4. As of March 18, 2016, the outstanding principal balance of the Judgment is $22,028.24, plus accrued post-judgment interest in the amount of $47.54, for a total outstanding balance of $22,075.78. The cost of serving the Writ of Garnishment will be as shown on the Affidavit of Service and may be added to the Judgment along with allowable costs. Interest continues to accrue on the Judgment at the rate of 0.39% per annum, compounded annually.

5. Plaintiff has good reason to believe that Garnishee, Wells Fargo Bank, N.A. (the "*Garnishee*") is holding nonexempt monies on behalf of the Defendant, or that Garnishee has in its possession nonexempt personal property belonging to the Defendant.

6. The name and address of Garnishee is:

   Wells Fargo Bank, N.A.
   100 W. Washington St.
   Phoenix, AZ 85003

7. I have attached a completed Writ of Garnishment and Summons form as <u>Exhibit B</u>, and therefore ask that the Writ be issued.

DATED March 18, 2016.

FREEBORN & PETERS LLP

By: /s/ Elizabeth L. Janczak
Devon J. Eggert
Elizabeth L. Janczak

*Counsel for the Creditor Trustee*