27670416

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PRM FAMILY HOLDING COMPANY, L.L.C., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:13-bk-09026-BKM<br><br>(Jointly Administered) |
| DALE SCHIAN, CREDITOR TRUSTEE OF THE PRM FAMILY HOLDING COMPANY, L.L.C. CREDITOR TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY NETWORK,<br><br>Defendant,<br><br>WELLS FARGO BANK, N.A.,<br><br>Garnishee. | Adv. Pro. No. 2:15-ap-00498-BKM<br><br>**GARNISHEE'S ANSWER**<br><br>(Non-Earnings)<br><br>**FILED**<br><br>APR 0 4 2016<br><br>UNITED STATES<br>BANKRUPTCY COURT<br>FOR THE DISTRICT OF ARIZONA |
| This Filing Applies to:<br>☐ All Debtors<br>☒ Specified Debtors | |

**Petitioner/Plaintiff:** [ X ] Judgment Creditor [ ] Judgment Debtor
**Name:** Dale Schian, Creditor Trustee of the PRM Family Holding Company, L.L.C. Creditor Trust
**Address:** c/o Freeborn and Peters, LLP, 311 South Wacker Drive, Ste. 3000
**City, State, Zip Code:** Chicago, IL 60606
**Phone(s):** 312.360.6000

**Respondent/Defendant:** [ ] Judgment Creditor [ X ] Judgment Debtor
**Name:** Security Network
**Address:** c/o Officer or Registered Agent, 6793 Carnelian St.
**City, State, Zip Code:** Alta Loma, CA 91701
**Phone(s):** _____

**Name of Person Filing this Answer:** _____
**Mailing Address:** _____     WELLS FARGO BANK
**City, State, Zip Code:** _____     LEVY PROCESSING
**Daytime Phone:** _____ **Alternate Phone:** _____     MAC S3928-021
**Representing:** [ ] Self [ ] Attorney [ ] Other     PO BOX 29779
**State Bar No. (if applicable):** _____     PHOENIX, AZ 85038
    PHONE: 480-724-2000
    FAX: 866-670-1661

-6-

CAUTION: Failure to file a Garnishee's Answer can result in an order being entered against you in the full amount of the debt owed by the judgment debtor to the judgment creditor. This can happen even if you do not know the judgment debtor or do not owe the judgment debtor any money or property.

1. I am the garnishee or I am authorized by the garnishee to complete and file this Answer. The word 'money' as used in this Answer does not refer to wages. Garnishee's name, address and phone are as follows:

   Name: Wells Fargo Bank, N.A.
   Address: _____
   City, State, Zip Code: _____
   Phone(s): _____
   Attorney: _____

   WELLS FARGO BANK
   LEVY PROCESSING
   MAC S3928-021
   PO BOX 29779
   PHOENIX, AZ 85038
   PHONE: 480-724-2000
   FAX: 866-670-1561

2. The statements checked below were true at the time the Writ was served: 3/24/16

   (Check all boxes that apply and fill in blanks for each box checked)

   A. [✓] I was not holding personal property or money belonging to judgment debtor. **No Account Found**

   B. [ ] I owed judgment debtor $_____. I am withholding $_____ pursuant to the Writ.

   C. [ ] I released $_____ because _____

   D. [ ] I was in possession of the following personal property belonging to the judgment debtor: _____ (attach list if necessary). I am holding _____ (attach list if necessary) pursuant to the Writ.

   E. [ ] Garnishee is a corporation in which the judgment debtor owns these shares or interest: _____ (attach list if necessary).

3. The following person/organization holds personal property or money which belongs to judgment debtor: **Unknown**

4. Garnishee requests an answer fee in the amount of $ _____, as a reasonable amount for the preparation and filing of this Answer.

| | | |
|---|---|---|
| 1 | Copies of the Answer, Writ of Garnishment and Summons, Notice to Judgment Debtor of Garnishment, Notice of Hearing form, Request for Hearing form and a copy of the underlying judgment were provided to judgment debtor on: | Copy of the Answer provided to judgment creditor on: |
| 2 | | |
| 3 | | Date: APR 0 1 2016 |
| 4 | Date: N/A | By: [✓] Mail   [ ] Hand Delivery |
| 5 | By:   [ ] Mail   [ ] Hand Delivery | [ ] Constable, Deputy Sheriff or Process Server |
| 6 | [ ] Constable, Deputy Sheriff or Process Server | |

I affirm that the information on this Garnishee's Answer is true and correct.

_____APR 0 1 2016_____       _____
Date                            Signature of Garnishee or Authorized Agent
                                Joseria A. Borlongan
                                Agent

STATE OF ARIZONA   )
                   ) ss.
County of Maricopa )

Subscribed and sworn or affirmed before me on _____APR 0 1 2016_____.

My Commission Expires:_____    _____
                                     Notary Public

KEITH THIRY
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires Sept. 29, 2018

FREEBORN & PETERS: 311 S. Wacker Dr.
Ste 3000
Chicago, IL 60606

SCHIAN: 1850 N. Central Ave.
Ste 900
Phoenix, AZ 85004

-8-